■ In the Matter of JEWISH MEMORIAL HOSPITAL et al., Appellants, v ROBERT P. WHALEN et al., Respondents.—Judgment, Supreme Court, New York County, entered on August 28, 1978, unanimously affirmed, without costs and without disbursements. Appellants are granted leave to appeal to the Court of Appeals. No opinion. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ.